UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff(s)

    v.                                      Civ. No. 97-1021(PG)

GENERAL COMPUTER CORP., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #20 - Motion requesting separate trial, etc. | DENIED. |

**Date:** October 5, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge