UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Computer Associates

v.

GM Group

CIVIL. NO. 97-1021 (PG)
97-1803 (PG)

---

DESCRIPTION OF MOTION

DATE:
FILED:   DOCKET:#   Title:

( )Plaintiffs   ( )Defendants

( )Government   ( )Other

RECEIVED & FILED
99 DEC 23 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

**ORDER**

The margin order issued on 12/8/99 was mistakenly addressed to GM when it should have been issued to CA. The record clearly establishes that it was GM the party filing and requesting an order to compel discovery.

Aida E. Delgado-Colón
12/21/99   USMJ

