IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**COMPUTER ASSOCIATES INTERNATIONAL, INC.**
    Plaintiff

v.

**GM GROUP, INC.**
    Defendant

Civil No. 97-1021(PG)

Consolidated with:

Civil No. 97-1803(PG)

## MINUTES OF DISCOVERY CONFERENCE

At the Discovery Conference held on January 18, 2000, the parties were allowed to argue their respective position and objections to the pending discovery requests.

From such discussions the scope of discovery requests was delineated. The parties agreed to provide discovery.

A Further Discovery Conference was then set for March 14, 2000, at 2:00 PM.

At San Juan, Puerto Rico, this 13th day of March, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge