# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**COMPUTER ASSOCIATES**
**INTERNATIONAL, INC.**
    **Plaintiff**

    **v.**

**GM GROUP, INC.**
    **Defendant**

**Civil No. 97-1021(PG)**

**Consolidated with:**

**Civil No. 97-1803(PG)**

---

## DISCOVERY CONFERENCE REPORT AND ORDER

At today's conference the plaintiffs were represented by Attorneys María Santos and Andrés López. The defendants were represented by Attorneys Thomas J. Code and Richard Brenner.

The parties requested time in which to meet and confer. After an hour and a half, they reported having solved most of the pending differences regarding the request for production of documents and all other written discovery. After listening to the parties' statements, **June 30, 2000** was the date fixed as the due date to conclude the production of all non-expert related discovery (interrogatories, request for admissions, production of documents). By such date the parties must have identified the list of witnesses to be deposed and must have agreed on an expedited deposition scheduled. This schedule will have to be presented to the court.



Civil No. 97-1021(PG)                                              Page No. 2

The parties anticipate that approximately twenty (20) depositions will be taken, some in Puerto Rico, some in different states.

Experts have been identified by both parties and they will be in a position to engage in expert-related discovery after June 30, 2000.

**A Further Discovery/Status Conference is set for May 18, 2000, at 2:00 PM.**

There are no pending motions.

At San Juan, Puerto Rico, this 14th day of March, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

