UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

   Plaintiffs,

   v.                                     Civ. No. 97-1021(PG)

GENERAL COMPUTER CORP., ET AL.,

   Defendants.

| MOTION | ORDER |
|---|---|
| Docket #65 - Application For Admission Pro Hac Vice. | Granted |

Date: _March 20_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:  *
                   *
PRO HAC VICE APPEARANCES AND  *   MISC. NO. 97-
                   *
BAR MEMBERSHIP RENEWAL FEES  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

### PURPOSE

The Judges of the U.S. District Court for the District of Puerto Rico, in an effort to benefit the Bench and the Bar in the administration of justice by providing additional non-appropriated funds for special projects, have unanimously approved new Court fees for *pro hac vice* appearances and annual bar membership renewal to provide non-appropriated funds pursuant to 28 U.S.C. §1914(c). The aforementioned special projects include, but are not limited to: a continued legal education program, support for *pro bono* attorneys, periodicals and publications for the court library for which appropriated funds are not available, as well improved as services for attorneys and the public.

### PROVISIONS

Therefore, it is hereby ordered that:

(1) Attorneys appearing *pro hac vice* must comply with the provisions set forth in Local Rule 204 of the Local Rules for the District of Puerto Rico, and pay one hundred fifty dollars ($150.00) per appearance in each new case before this Court. This fee will be waived for court appointed attorneys appearing *pro hac vice* in death penalty cases.

(2) Attorneys admitted to practice before this Court shall pay an annual bar

2

membership renewal fee of fifty dollars ($50.00). This fee shall be paid by October 1st of each year. Failure to pay this fee could entail the loss of good standing to practice before this Court.

This order is effective on June 1, 1997 and shall be notified to Bar and the general public.

IT IS SO ORDERED.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

**NOTICE TO COUNSEL AND TO THE PUBLIC**

(94-3)

IN THE MATTER OF THE LOCAL RULE

RULE 204.2 - APPEARANCES

The Judges of this Court approved amendments to Rule 204.2:

Only members of the Bar of the Court may appear as attorneys in this District, except as follows:

.1   Attorneys representing the United States, its agencies and officers.

Attorneys employed by the United States, its agencies and dependencies, when authorized by statute, may appear as attorneys of record for the United States, its agencies, dependencies and officers.

.2   Pro Hac Vice Appearance

a.   An attorney who is authorized to practice law before the Bar of any United States Court, or the highest Court of any State, territory or possession of the United States, may apply for permission to appear as attorney of record in a case or proceeding. The movant shall:

i)   designate a member of the bar of this court as local counsel.

ii)  state the court(s) in which the movant is admitted to practive law;

2

iii)   attest that the movant is not currently suspended from practicing law before any court or jurisdiction; and

iv)   state if any complaints for unethical misconduct, disciplinary proceedings or criminal charges involving the movant are currently pending before any court or jurisdiction.

b.   Local counsel shall certify by signature his or her consent to the designation as attorney of record for all purposes.

.3   [REPEALED]

Copies of the Court's Local Rules may be obtained at:

> Butterworth of Puerto Rico
> Paseo Covadonga 52
> Edificio Pello
> San Juan, Puerto Rico   00902

In San Juan, Puerto Rico, this 21st day of January, 1994.

Lydia Pelegrín
Clerk of Court

c:   Judicial Council, 1st Circuit
     Administrative Office, U.S. Courts
     U.S. Attorney's Office - PR
     U.S. Probration Office - PR
     Federal Public Defender - PR
     U.S. Pretrial Services - PR