IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**COMPUTER ASSOCIATES
INTERNATIONAL, INC.**
    Plaintiff

    v.

**GM GROUP, INC.**
    Defendant

Civil No. 97-1021(PG)

Consolidated with:

Civil No. 97-1803(PG)

### DISCOVERY CONFERENCE REPORT AND ORDER

Prior to the conference a courtesy copy of GM Group's "Motion Regarding the Status of Discovery" was received and examined (**Docket No. 70**).

The motion (**Docket No. 70**) was discussed at the in-chambers conference as well as the status of discovery requests presented by the plaintiff.

The parties were instructed as follows:

1. Defendant will respond to plaintiff's request for production of documents (that presented in November 1999 and any subsequent request for discovery).

2. Plaintiff will provide all discovery it agreed to have delivered **by May 26, 2000.**

3. The parties will have a "face to face" 311 Conference, that will take place in Puerto Rico. Prior to the conference, the parties will examine

Civil No. 97-1021(PG) Page No. 2

their case files and determine what discovery requests are pending. At the conference they will be assisted or have otherwise available for consultation a representative of their clients, who may assist to resolve technical issues, concepts or data. The parties will try to solve discovery issues and make a list of those that remain to be presented to this Magistrate-Judge for a determination. The conference will take place between June 5 and June 9, 2000.

4. **A Discovery Conference is set for June 19, 2000, at 1:00 PM.** Discovery conflicts will be ruled upon on that date.

The parties have reported that reconsideration of a prior discovery ruling has been sought (**Docket No. 54**). That motion is pending consideration of the Court. **SO ORDERED.**

At San Juan, Puerto Rico, this 22nd day of May, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge3

