IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**COMPUTER ASSOCIATES
INTERNATIONAL, INC.**
    Plaintiff

v.

**GENERAL COMPUTER CORPORATION
d/b/a GM GROUP, INC., MULTIPLE
COMPUTER SERVICES, INC. d/b/a GM
GROUP PUERTO RICO**
    Defendants

Civil No. 97-1021(PG)

Consolidated with:

Civil No. 97-1803(PG)

## ORDER

At the last discovery conference the parties were required to submit a proposed pretrial schedule that will allow them to conclude pending discovery and exchange of their experts' reports. Having reviewed the same, unless rejected or otherwise modified by the Court, the parties shall abide by the following schedule:

| | |
|---|---|
| **November 30, 2000** - | Deadline to amend pleadings or join additional parties. |
| **December 15, 2000** - | Deadline to identify experts and submission of their curriculum vitae. |
| **February 28, 2001** - | Deadline for conclusion of all written discovery propounded or between the parties, their experts, and from any third parties, and responses to outstanding discovery requests. |
| - | Deadline to submit experts' reports. |
| **March 30, 2001** - | Deadline to submit experts' rebuttal or supplemental reports. |




AO 72A
(Rev.8/82)

Civil No. 97-1021(PG)                                                                                          Page No. 2

| | | |
|---|---|---|
| **May 31, 2001** | - | Deadline for depositions of the parties, fact witnesses and expert witnesses. |
| **June 15, 2001** | - | Deadline for filing of dispositive motions. |
| **July 17, 2001** | - | Deadline for filing reply briefs. |

Pretrial and trial dates to be set by the Court.

| | | |
|---|---|---|
| **Docket No. 45A** | Motion for Leave to File Amended Complaint and Amend Answer and Affirmative Defenses to Defendants' Counter Claim (by plaintiff) | **GRANTED.** |
| **Docket No. 54** | Motion to Request the Court to Move Forward With Second Motion to Compel (by defendants) | It is considered that the discovery issues to which reference is made herein have turned **MOOT** in view of subsequent discovery conferences and Orders. (*See* **docket Nos. 60, 63, 64 to 66, 71, 72, 74 and 77**). |

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of August, 2000.

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)