UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC 13 AM 11: ?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiffs,

        v.                              Civ. No. 97-1021(PG)
                                    Civ. No. 97-1803(PG)

GENERAL COMPUTER CORP., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #85 - Motion Requesting Withdrawal Of Counsel Of Record. | **GRANTED.** |

Date: _December 11_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge