UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Computer Associates International (CAI)
v.
General Computers Corp (GCCo.)

Civil No. 97-1021 (PG)
97-1803 (PG)

RECEIVED & FILED
'01 JAN 10 AM 8
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

DATE FILED: 1/3/01   DOCKET: # 89   Title: Computer Associates' Motion To Quash GM's Subpoena

( ) Plaintiffs   ( ) Defendants
( ) Government   ( ) Other

## ORDER

CA will report to the court whether during the relevant period of time (1991-1997) it conducted bussiness throughout the Caribbean and Central America. If not, a certification to that effect will be presented to GCC. If it did, then the issue of whether the information requested by GC constitutes "trade secret" or "sensitive confidential commercial information" will be assessed.

Jan 04/01
DATE

AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE