UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 17 AM 11:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff,

    v.                                        Civ. No. 97-1021(PG)

GENERAL COMPUTER CORP., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #88 - AGREED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESS | *Granted* |

Date: _January 16_, 2001.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge