## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Computer Associates
    International, Inc
   v.

GM Group, Inc.

        :
        :
        :   Civil No.  97-1021 (PG)
        :
        :             97-1803 (PG)
        :

RECEIVED & FILED
'01 MAY 17  AM 10: 31
OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---

### DESCRIPTION OF MOTION

DATE:
FILED: 2/28/01 DOCKET:# 96

Title: Amended Stipulation For Final Scheduling Order

( )Plaintiffs    ( )Defendants

( )Government   ( )Other

---

### ORDER

The proposed scheduling order is Approved. Accordingly, the schedule is approved and the parties will abide by the same.

Motion under Docket No. 94 is Noted. On 11/30/00 GM presented a request for leave to amend the complaint in order to include an additional affirmative defense. The motion remains unopposed. Thus, leave is Granted.

---

May 15/01
/DATE

Aida M. Delgado-Colón
**AIDA M. DELGADO-COLON**
**U.S. MAGISTRATE JUDGE**

(9)

(97)