# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                   Date:   June 20, 2001

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | |
| Plaintiff | |
| vs. | Civil 97-1021 (PG) |
| GM GROUP, INC. INTERNATIONAL, INC. | Civil 97-1803 (PG) (consolidated) |
| Defendant | |

By Order of the Court a pretrial conference in the above captioned consolidated cases is hereby set for **Thursday, November 8, 2001,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Rafael Escalera
       Carlos M. Sires
       Jorge Velázquez