UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 SEP 28 AM 9:0:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff,

    v.                                              Civ. No. 97-1021(PG)

GM GROUP INC., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #104 - Motion For Admission *PRO HAC VICE*. | **Plaintiff's Motion For Admission <u>Pro Hac Vice</u> (Docket No. 104) is GRANTED.** |

Date: _September 26_, 2001.

                                                    GUSTAVO A. GELPI
                                                  U.S. Magistrate Judge