UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT -2 PM 2: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Computer Associates

v.

GH Group, Inc.

Civil No. 97-1021 (PG)
97-1803 (PG)

## DESCRIPTION OF MOTION

DATE FILED: 9/28/01   DOCKET:#

( ) Plaintiffs   ( ) Defendants
( ) Government   (X) Other JOINT

Title: Joint Stipulation For Amendments To Certain Pre-trial Deadlines

## ORDER

The parties have agreed to a pre-trial schedule that should not delay the trial of this action. Thus, the proposed modification to the discovery schedule is approved.

Oct 1/2001
DATE

AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

(10)

(118)