UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 DEC -4 PM 1:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff,

    v.                                 Civ. No. 97-1021(PG)

GM GROUP INC., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket # 129 - MOTION REQUESTING WITHDRAWAL OF COUNSEL OF RECORD. | **GRANTED.** |

Date: _December 3_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge