UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 JAN 28 PM 12: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff,

    v.                                    Civ. No. 97-1021(PG)

GM GROUP INC., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket # 131 - JOINT REQUEST FOR CLARIFICATION OF MINUTES OF PROCEEDINGS OF NOVEMBER 8, 2001. | **GRANTED.** The Minutes will be amended to reflect the following deadlines: Dispositive Motions will be filed on or before April 5, 2002; and any Opposition thereto shall be filed thirty (30) days after the filing of a dispositive motion. |

Date: _January 22_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge