

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMPUTER ASSOCIATES
INTERNATIONAL, INC.
    Plaintiff

v.

GENERAL COMPUTER CORPORATION
d/b/a GM GROUP, INC., MULTIPLE
COMPUTER SERVICES, INC. d/b/a GM
GROUP PUERTO RICO
    Defendants

Civil No. 97-1021(PG)

Consolidated with:

Civil No. 97-1803(PG)

### ORDER

Docket entries reflect that the pleading under **Docket No. 125** (Joint Stipulation to Convert Pretrial Conference to a Status Conference) filed on November 6, 2001, is pending. Said motion is **MOOT**. *See* Minutes of Status Conference held on November 8, 2001, under **Docket Entry No. 128**.

There are no motions pending, except those for summary judgment filed by Computer Associates and GM to which oppositions are due on May 20 2002.

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of April, 2002.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge