UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Computer Associates International, Inc
v.
GM Group, Inc.

Civil No. 97-1021 (PG)
97-1803 (PG)

RECEIVED & FILED
'02 JUL 24 AM 11: 26
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE:
FILED: 7/19/02  DOCKET: # 142   Title: Joint Stipulation For Enlargement of Time To Oppose Motions For Sum. Judgment...
(✓) Plaintiffs   (✓) Defendants
( ) Government   ( ) Other

## ORDER

The parties have stipulated to have the opposition briefs filed by August 2, 2002 (instead of July 19, 2002) and their respective reply briefs by August 16, 2002. The parties also assert the extension of time will cause no prejudice to the parties (now engaged in settlement discussions) and promotes the best interests of justice.

Considering that the mediation conference is scheduled for September 4, 2002, and the reasons proffered, the request for extension of time is Granted as requested, as it refers to the opposition briefs (now due on 8/2/02). No replies are to be filed unless leave is sought.

July 22, 2002
DATE

Aida M. Delgado-Colon
AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE