UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



COMPUTER ASSOCIATES INTERNATIONAL, INC.,

    Plaintiff,

    v.                                    Civ. No. 97-1021(PG)
                                                   97-1803(PG)

GM GROUP INC., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket # 151 – PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' REPLY BRIEFS | **GRANTED.** |

Date: _November 12_, 2002.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge