# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

COMPUTER ASSOCIATES INTERNATIONAL,
INC.,
    Plaintiff,

v.

GM GROUP INC., ET AL.,
    Defendants.

Civ. No. 97-1021 (PG)
        97-1802 (PG)

| MOTION | ORDER |
|---|---|
| Docket #156 - JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE | **GRANTED.** |

Date: _____May 15_____, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

