IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
    Plaintiff,

v.    Civil No. 97-1021 (PG)

GENERAL COMPUTER CORPORATION,
ET AL.,,
    Defendants.

### JUDGMENT

The Court having accepted the parties' "Joint Stipulation for Dismissal with Prejudice," it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED WITH PREJUDICE** as to all defendants, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _____May 15_____, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

